USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**NOEL ALBA,**

**Plaintiff,**

**-against-**

**MOFFATT & NICHOL, INC.,**

**Defendant.**

**-----------------------------------------------------------------X**

**26-CV-03169 (SN)**

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference to discuss the issues raised by Plaintiff's October 8, 2026, Letter Motion is scheduled for Friday, October 23, 2026, at 12:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 15, 2026
New York, New York