USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**NOEL ALBA,**

**Plaintiff,**

**-against-**

**MOFFATT & NICHOL, INC.,**

**Defendant.**

----------------------------------------------------------------X

**26-CV-03169 (SN)**

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The discovery conference scheduled for Friday, October 23, 2026, is RESCHEDULED for Thursday, October 29, 2026, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York