USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOEL ALBA,

Plaintiff,

-against-

MOFFATT & NICHOL, INC.,

Defendant.

-----------------------------------------------------------------X

26-CV-03169 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

By Thursday, November 19, 2026, the parties shall file a joint letter in which they: (1) provide an update on compliance with the discovery orders issued at the conference on October 29, 2026; (2) identify all depositions that have been noticed and provide the dates on which those depositions will occur, if scheduled; (3) provide an update on the parties' interest in having this case referred to a mediator with expertise in maritime law through the SDNY Mediation Program, or alternatively, in scheduling a settlement conference before this Court or another Magistrate Judge.

The Clerk of Court is requested to terminate the motion at ECF No. 30.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 29, 2026
New York, New York