USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**NOEL ALBA,**

**Plaintiff,**

**-against-**

**MOFFATT & NICHOL, INC.,**

**Defendant.**

-----------------------------------------------------------------X

**26-CV-03169 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties' request to amend the case schedule is GRANTED. Fact discovery shall close on Friday, April 2, 2027. The parties are directed to file a status letter by Friday, January 29, 2027, addressing their discovery progress.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 20, 2026
New York, New York